IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FAITH T.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | JUDGMENT<br><br><br>Case No. 2:23-cv-00504-CMR<br><br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is REVERSED and REMANDED pursuant to sentence four

of 42 U.S.C. § 405(g).

DATED this 26 January 2024.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1